# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*



*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

January 21, 2020

Hon. George B. Daniels
U.S. District Court
500 Pearl St
New York, NY 10007

Re:   U.S. v. Montilla [Ariel Jazmin]
      09 cr 195 (GBD)

The violation of supervised release hearing is scheduled for March 25, 2020 at 10:00 a.m.

*George B. Daniels*

Dear Judge Daniels:

I am counsel to *Ariel Jazmin,* a Defendant in the above matter.

On July 23, 2013, Mr. Jazmin was sentenced by Your Honor to a term of sixty-six months imprisonment to be followed by five years supervised release. Following his release from custody, Mr. Jazmin began his term of supervision on December 26, 2013.

While under supervision, during March 2016, Mr. Jazmin was arrested on drug charges in New Jersey. He was subsequently indicted and prosecuted in New Jersey Superior Court, Union County (the "New Jersey Case").

In the New Jersey Case, Mr. Jazmin was found guilty following a jury trial. On September 28, 2018, he was sentenced to a term of sixteen years imprisonment with a requirement that he serve at least eight years before being eligible for parole.

Mr. Jazmin is currently in custody in New Jersey. He has been in custody since his arrest during 2016.

As a result of the New Jersey Case, a Violation of Supervised Release Report was prepared and filed by the Probation Department (the "VOSR"). Previously, parties agreed that resolution of the VOSR should be held in abeyance pending the outcome of the New Jersey Case. (*See e.g.,* ECF Doc. 947). As such, Mr. Jazmin has not been presented on the VOSR.

Due to the filing of a summons with the VOSR, a federal detainer has been lodged against Mr. Jazmin. The federal detainer may prevent Mr. Jazmin from being eligible for certain prison programs while in New Jersey custody. In addition, when he is released on parole, by New Jersey,

he will not actually be released from prison. Instead, he transferred to federal custody for proceedings relating to the VOSR.

I have recently discussed the foregoing with the Government and Probation. At this point, the parties are amenable to having the VOSR placed on the Court's calendar so it can be conferenced and, hopefully, a resolution can be worked out.

Accordingly, I respectfully request the VOSR be placed on the Court's calendar for an initial appearance and conference. Due to Mr. Jazmin being in New Jersey, and the need for the Government to obtain a *writ of habeas corpus ad prosequendum*, I suggest the proceeding scheduled for a date approximately sixty days from today. Subject to the Court's availability, I respectfully request the matter be scheduled for a date during the week of March 23, 2020.

                                    Respectfully submitted,
                                    /s/
                                  Jeffrey G. Pittell

cc:    AUSA Michael Maimin
        USPO Kyle Crayton