**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-

ARIEL JAZMIN,

                            Defendant.
------------------------------------------------------------x

ORDER

09 Crim. 195-17 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 25, 2020 conference is adjourned to May 27, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge