# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**14 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

[Stamp: DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: SEP 08 2020]

September 8, 2020

Hon. George B. Daniels
U.S. District Court
500 Pearl St
New York, NY 10007

Re:   U.S. v. Montilla [Ariel Jazmin]
      09 cr 195 (GBD)

Dear Judge Daniels:

**SO ORDERED**

The violation of supervised release hearing scheduled for September 9, 2020 is adjourned to December 16, 2020 at 10:00 a.m.

*[Signature]*
HON. GEORGE B. DANIELS

SEP 08 2020

I am counsel to *Ariel Jazmin,* a Defendant in the above matter.

On July 23, 2013, Mr. Jazmin was sentenced by Your Honor to a term of sixty-six months imprisonment to be followed by five years supervised release. Following his release from custody, Mr. Jazmin began his term of supervision on December 26, 2013.

While under supervision, during March 2016, Mr. Jazmin was arrested on drug charges in New Jersey. He was subsequently indicted and prosecuted in New Jersey Superior Court, Union County (the "New Jersey Case").

In the New Jersey Case, Mr. Jazmin was found guilty following a jury trial. On September 28, 2018, he was sentenced to a term of sixteen years imprisonment with a requirement that he serve at least eight years before being eligible for parole.

Mr. Jazmin is currently in custody in New Jersey. He has been in custody since his arrest during 2016.

As a result of the New Jersey Case, a Violation of Supervised Release Report was prepared and filed by the Probation Department (the "VOSR"). A presentment and conference on the VOSR is currently scheduled for tomorrow, September 9, 2020. It is my understanding that Mr. Jazmin is still in NJ custody and has not been brought into federal custody pursuant to a *writ of habeas corpus ad prosequendum* (a "writ'). Accordingly, tomorrow's presentment and conference cannot proceed. Moreover, in light of current circumstances, I expect it will be difficult to arrange for a writ. In light of the foregoing, I respectfully request the proceeding be adjourned and scheduled for a date approximately ninety days from today and, with the court's approval, the matter be heard remotely.

I have conferred with both the Government and Probation and they consent to this request.

                              Respectfully submitted,
                              /s/
                              Jeffrey G. Pittell

cc:    AUSA Michael Maimin
       USPO Kyle Crayton