UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ARIEL JAZMIN,

                       Defendant.
----------------------------------------x

FILED
DEC 1 4 2020
ORDER

09 Crim. 195-17 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled for December 16, 2020 is canceled.

Dated: New York, New York
       December 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge