**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ARIEL JAZMIN,

                      Defendant.

------------------------------------x

ORDER

09-cr-195 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for July 13, 2022 at 10:00 a.m.

Dated: May 19, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge