UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

ARIEL JAZMIN,

Defendant.

------------------------------------x

ORDER

09-cr-195 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 1061 (motion for placement of the VOSR on the Court's calendar) as having been resolved by this Court's order at ECF No. 1071.

Dated: May 24, 2022
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge