**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ARIEL JAZMIN,

                          Defendant.

------------------------------------x

ORDER

09-cr-195-17 (GBD)

GEORGE B. DANIELS, United States District Judge:

At the parties' request, the violation of supervised release hearing scheduled for August 2, 2022 is adjourned to September 14, 2022 at 10:00 a.m.

Dated: August 2, 2022
       New York, New York

SO ORDERED.

*George B. Daniel*
GEORGE B. DANIELS
United States District Judge