**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

       -against-

ARIEL JAZMIN,

                      Defendant.

------------------------------------- x

   :
   :
   :        ORDER
   :
   :       09-cr-195 (GBD)
   :
   :
   :
   :

GEORGE B. DANIELS, United States District Judge:

     The Clerk of the Court is directed to close the open motion at ECF No. 1067.


Dated:   September 20, 2022
          New York, New York

                          SO ORDERED.

                          *George B. Daniels*

                          GEORGE B. DANIELS
                          United States District Judge